Stella CHISHOLM, Administratrix of Estate of Howard Llewellyn Chisholm, Deceased, Appellant, v. READING COMPANY, Appellee.

No. 9215.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 6, 1946.

Decided Nov. 13, 1946.

Writ of Certiorari Denied Jan. 13, 1947.

See 67 S.Ct. 502.

Donald J. Farage, of Philadelphia, Pa. (Victor Frey and Richter, Lord & Farage, all of Philadelphia, Pa., on the brief), for appellant.

Henry R. Heebner, of Philadelphia, Pa. (Wm. Clarke Mason, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS and McLAUGHLIN, Circuit Judges, and RODNEY, District Judge.

PER CURIAM.

Consideration of the briefs, the oral argument of the parties and the appendix convinces us that the court below did not err in directing a verdict in favor of the defendant and in refusing to grant a new trial. Judgment will be affirmed.

Paul A. PORTER, Administrator of the Office of Price Administration, Appellant, v. LORCH MANUFACTURING COMPANY, Appellee.

Chester BOWLES, Administrator, Office of Price Administration (Paul A. Porter, Substituted in Place and Stead of Chester Bowles, Administrator, Office of Price Administration), Appellant, v. SAME.

Nos. 11749, 11552.

Circuit Court of Appeals, Fifth Circuit.

Nov. 15, 1946.

No. 11552:

David London, Dr., Litigation Div., O.P.A., and Irving M. Gruber, Chief, Sp. Litigation Branch, both of Washington, D. C., and Robert F. Proctor, of Dallas, Tex., for appellant.

Emil Corenbleth and Geo. S. Wright, both of Dallas, Tex., for appellee.
No. 11749:

David London, Dr., Litigation Div., O.P. A., Albert M. Dreyer, Chief, Appellate Branch, O.P.A., and Irving M. Gruber, Chief, Sp. Litigation Branch, all of Washington, D. C., for appellant.

George S. Wright and Emil Corenbleth, both of Dallas, Tex., for appellee.

Before HUTCHESON, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

These appeals involving the same matters bring up questions of fact for review. The district judge having decided these questions adversely to appellants on evidence sustaining his findings, 62 F.Supp. 337, the judgments are affirmed.